# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN, LLC,

    Plaintiff,

v.

INFORM TECHNOLOGIES, INC., *et al*.,

    Defendants.

Case No. 2:11-CV-00053-KJD-VCF

**ORDER**

### DISMISSAL BY COURT FOR WANT OF PROSECUTION

The court previously ordered Plaintiff to show cause(#15) by November 14, 2011 why the Court should not dismiss this case for lack of standing. Plaintiff has not responded. Further, it appearing to the Court that this action has been pending in this Court for more than nine (9) months without any action having been taken therein during such period; now therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and hereby is, dismissed without prejudice for want of prosecution pursuant to the provisions of LR 41-1.

DATED this 20th day of July 2012.

_____
Kent J. Dawson
United States District Judge